**United States Bankruptcy Court**
**Northern District of Georgia**

In re  Russell Lee Gordon
      Angie Marie Gordon                                   Case No.  25-57505
                             Debtor(s)                     Chapter   7

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, __Russell Lee Gordon__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐   I am unemployed; or

■   I am self-employed; or

☐   My employer did not provide pay stubs.

☐   Other
_____
_____
_____


I, __Angie Marie Gordon__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

■   I am unemployed; or

☐   I am self-employed; or

☐   My employer did not provide pay stubs.

☐   Other
_____
_____
_____

Date  July 3, 2025                              Signature  /s/ Russell Lee Gordon
                                                           **Russell Lee Gordon**
                                                           Debtor

Date  July 3, 2025                              Signature  /s/ Angie Marie Gordon
                                                           **Angie Marie Gordon**
                                                           Joint Debtor